**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
CHICAGO **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| KUTCHINS, KORD A | § | Case No. 11-14427 TAB |
| | § | |
| Debtor(s) | § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 04/05/2011 . The undersigned trustee was appointed on 05/23/2011 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $ 6,316.97

Funds were disbursed in the following amounts:

| | | |
|---|---|---|
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 0.00 |
| Bank service fees | | 80.64 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 6,236.33 |

The remaining funds are available for distribution.

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 07/17/2012 and the deadline for filing governmental claims was 07/17/2012 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,381.70 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,381.70 , for a total compensation of $ 1,381.70 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 5.03 , for total expenses of $ 5.03 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/31/2012 By:/s/RONALD R. PETERSON
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES



Exhibit A

Case No: 11-14427 Judge: Timothy A Barnes
Case Name: KUTCHINS, KORD A

For Period Ending: 08/31/12

Trustee Name: RONALD R. PETERSON
Date Filed (f) or Converted (c): 04/05/11 (f)
341(a) Meeting Date: 05/23/11
Claims Bar Date: 07/17/12

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. 2125 Virginia Place Atlanta, GA 30303 | 300,000.00 | 0.00 | | 0.00 | 0.00 | 375,181.00 | 0.00 |
| 2. 611 Kyle Avenue Lookout Mountain, TN 37350 | 350,000.00 | 0.00 | | 0.00 | 0.00 | 416,244.07 | 0.00 |
| 3. Cash in debtor's possession. | 315.19 | 0.00 | | 0.00 | 0.00 | 0.00 | 315.19 |
| 4. Checking Account, First Bank and Trust of Evanston | 121.16 | 0.00 | | 0.00 | 0.00 | 0.00 | 121.16 |
| 5. Apartment Security Deposit: Cagan Management, 1100 | 740.00 | 740.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 6. Computer, speakers, scanner, printer. Location: 52 | 175.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 175.00 |
| 7. Desk, chair, filing cabinets. Location: 5210 N. Cl | 150.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 150.00 |
| 8. Couch, living chairs, living table, kitchen table, | 500.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 500.00 |
| 9. Miscellaneous school books, books and CD's. Locati | 250.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 250.00 |
| 10. Personal clothing. Location: 5210 N. Clark Street, | 1,000.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 1,000.00 |
| 11. Wedding ring received in divorce settlement. | 2,000.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 2,000.00 |
| 12. Golf clubs, guitar, helmets. Location: 5210 N. Cla | 250.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 250.00 |
| 13. Reassure America Life Insurance Company, PO Box 11 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 14. 1991 Yamaha V-max motorcycle. | 1,075.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 1,075.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



Exhibit A

Case No: 11-14427 Judge: Timothy A Barnes
Case Name: KUTCHINS, KORD A

Trustee Name: RONALD R. PETERSON
Date Filed (f) or Converted (c): 04/05/11 (f)
341(a) Meeting Date: 05/23/11
Claims Bar Date: 07/17/12

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 15. Tax refund (u) | 0.00 | 6,326.35 | | 6,316.35 | 0.00 | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.62 | Unknown | 0.00 | 0.00 |
| TOTALS (Excluding Unknown Values) | $656,576.35 | $7,066.35 | | $6,316.97 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) | $791,425.07 | $5,836.35 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 09/01/11 Current Projected Date of Final Report (TFR): 07/01/12

__________________________________ Date: __________________
RONALD R. PETERSON

FORM 2



Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 11-14427 -TAB
Case Name: KUTCHINS, KORD A

Taxpayer ID No: *******9831
For Period Ending: 08/31/12

Trustee Name: RONALD R. PETERSON
Bank Name: ASSOCIATED BANK
Account Number / CD #: *******8497 Checking Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/09/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 6,236.33 | | 6,236.33 |

| | Deposits ($) | Disbursements ($) | Balance ($) |
|---|---|---|---|
| COLUMN TOTALS | 6,236.33 | 0.00 | 6,236.33 |
| Less: Bank Transfers/CD's | 6,236.33 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

| | Deposits ($) | Disbursements ($) |
|---|---|---|
| Page Subtotals | 6,236.33 | 0.00 |

FORM 2

Page: 2

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 11-14427 -TAB
Case Name: KUTCHINS, KORD A

Taxpayer ID No: *******9831
For Period Ending: 08/31/12

Trustee Name: RONALD R. PETERSON
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******9292 Money Market Account (Interest Earn

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/28/11 | 15 | Kord A. Kutchins<br>5210 North Clark Street<br>Chicago, Illinois | Tax Refund | 1224-000 | 6,316.35 | | 6,316.35 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,316.40 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,316.45 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,316.50 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 8.05 | 6,308.45 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,308.50 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 7.78 | 6,300.72 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,300.77 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 7.77 | 6,293.00 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 6,293.06 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 8.25 | 6,284.81 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,284.86 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 7.47 | 6,277.39 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,277.44 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 7.72 | 6,269.72 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.05 | | 6,269.77 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 7.97 | 6,261.80 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,261.85 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 7.96 | 6,253.89 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,253.94 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 7.43 | 6,246.51 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,246.56 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 8.19 | 6,238.37 |
| 08/09/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.01 | | 6,238.38 |
| 08/09/12 | | BANK OF AMERICA, N.A.<br>901 MAIN STREET | BANK FEES | 2600-000 | | 2.05 | 6,236.33 |
| | | | | Page Subtotals | 6,316.97 | 80.64 | |

FORM 2

Page: 3

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 11-14427 -TAB
Case Name: KUTCHINS, KORD A

Taxpayer ID No: *******9831
For Period Ending: 08/31/12

Trustee Name: RONALD R. PETERSON
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******9292 Money Market Account (Interest Earn

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | 9TH FLOOR<br>DALLAS, TX 75283 | | | | | |
| 08/09/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 6,236.33 | 0.00 |

| | Deposits | Disbursements | Balance |
|---|---|---|---|
| COLUMN TOTALS | 6,316.97 | 6,316.97 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 6,236.33 | |
| Subtotal | 6,316.97 | 80.64 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 6,316.97 | 80.64 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********8497 | 0.00 | 0.00 | 6,236.33 |
| Money Market Account (Interest Earn - ********9292 | 6,316.97 | 80.64 | 0.00 |
| | 6,316.97 | 80.64 | 6,236.33 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | Deposits | Disbursements |
|---|---|---|
| Page Subtotals | 0.00 | 6,236.33 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: August 31, 2012

Case Number: 11-14427
Debtor Name: KUTCHINS, KORD A

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000007<br>051<br>5100-00 | Carolyn Graham Burns (fka Carolyn Burns Kutchins)<br>116 Stephenson Ave.<br>Lookout Mountain, TN 37350 | Priority | Filed 07/18/12 | $0.00 | $3,000.00 | $3,000.00 |
| 000001<br>070<br>7100-00 | Tennessee Valley<br>Federal Credit Union<br>P O Box 23967<br>Chattanooga, TN 37422 | Unsecured | Filed 05/10/11 | $0.00 | $12,821.31 | $12,821.31 |
| 000002<br>070<br>7100-00 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Unsecured | Filed 05/16/12 | $0.00 | $35,538.34 | $35,538.34 |
| 000003<br>070<br>7100-00 | SunTrust Bank<br>Attn: Support Services<br>P.O. Box 85092<br>Richmond, VA 23286 | Unsecured | Filed 06/08/12 | $0.00 | $39,993.01 | $39,993.01 |
| 000004<br>070<br>7100-00 | Sallie Mae<br>c/o Sallie Mae Inc.<br>220 Lasley Ave.<br>Wilkes-Barre, PA 18706 | Unsecured | Filed 06/08/12 | $0.00 | $42,534.07 | $42,534.07 |
| 000005<br>070<br>7100-00 | Sallie Mae Inc, On Behalf of The Department of Education<br>DOE<br>P.O. Box 740351<br>Atlanta, GA 30374-0351 | Unsecured | Filed 06/08/12 | $0.00 | $20,739.17 | $20,739.17 |
| 000006<br>070<br>7100-00 | Memorial Hospital<br>c/o NRS<br>P.O. Box 8005<br>Cleveland, TN 37320-8005 | Unsecured | Filed 07/11/12 | $0.00 | $577.80 | $577.80 |
| | Case Totals: | | | $0.00 | $155,203.70 | $155,203.70 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-14427 TAB
Case Name: KUTCHINS, KORD A
Trustee Name: RONALD R. PETERSON

Balance on hand $ 6,236.33

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: RONALD R. PETERSON | $ 1,381.70 | $ 0.00 | $ 1,381.70 |
| Trustee Expenses: RONALD R. PETERSON | $ 5.03 | $ 0.00 | $ 5.03 |

Total to be paid for chapter 7 administrative expenses $ 1,386.73

Remaining Balance $ 4,849.60

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 3,000.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000007 | Carolyn Graham Burns (fka Carolyn Burns Kutchins) 116 Stephenson Ave. Lookout Mountain, TN 37350 | $ 3,000.00 | $ 0.00 | $ 3,000.00 |

Total to be paid to priority creditors $ 3,000.00

Remaining Balance $ 1,849.60

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 152,203.70 have been allowed and will be paid _pro rata_ only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Tennessee Valley Federal Credit Union P O Box 23967 Chattanooga, TN 37422 | $ 12,821.31 | $ 0.00 | $ 155.81 |
| 000002 | FIA CARD SERVICES, N.A. PO Box 15102 Wilmington, DE 19886-5102 | $ 35,538.34 | $ 0.00 | $ 431.87 |
| 000003 | SunTrust Bank Attn: Support Services P.O. Box 85092 Richmond, VA 23286 | $ 39,993.01 | $ 0.00 | $ 486.00 |
| 000004 | Sallie Mae c/o Sallie Mae Inc. 220 Lasley Ave. Wilkes-Barre, PA 18706 | $ 42,534.07 | $ 0.00 | $ 516.88 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000005 | Sallie Mae Inc, On Behalf of The Department of Education DOE P.O. Box 740351 Atlanta, GA 30374-0351 | $ 20,739.17 | $ 0.00 | $ 252.02 |
| 000006 | Memorial Hospital c/o NRS P.O. Box 8005 Cleveland, TN 37320-8005 | $ 577.80 | $ 0.00 | $ 7.02 |

Total to be paid to timely general unsecured creditors $ 1,849.60

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE