**UNITED STATES BANKRUPTCY COURT**
NORTHERN  DISTRICT OF  ILLINOIS
CHICAGO  DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| KUTCHINS, KORD A | § | Case No. 11-14427 TAB |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RONALD R. PETERSON, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 10/30/2012 in Courtroom 642,
                       UNITED STATES BANKRUPTCY COURT
                       219 S. Dearborn St.
                       Chicago, IL  60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 09/27/2012                By: UNITED STATES BANKRUPTCY
                                            COURT
                                                        Clerk

*RONALD R. PETERSON
JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, IL 60654-3456*

UST Form 101-7-NFR (5/1/2011) *(Page: 1)*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re:  §
 §
KUTCHINS, KORD A  §   Case No. 11-14427 TAB
 §
Debtor(s)  §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 6,316.97 |
| and approved disbursements of | $ | 80.64 |
| leaving a balance on hand of[1] | $ | 6,236.33 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: RONALD R. PETERSON | $ 1,381.70 | $ 0.00 | $ 1,381.70 |
| Trustee Expenses: RONALD R. PETERSON | $ 5.03 | $ 0.00 | $ 5.03 |
| Total to be paid for chapter 7 administrative expenses | | $ | 1,386.73 |
| Remaining Balance | | $ | 4,849.60 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

_____
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 3,000.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000007 | Carolyn Graham Burns (fka Carolyn Burns Kutchins) 116 Stephenson Ave. Lookout Mountain, TN 37350 | $ 3,000.00 | $ 0.00 | $ 3,000.00 |
| | Total to be paid to priority creditors | | | $ 3,000.00 |
| | Remaining Balance | | | $ 1,849.60 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 152,203.70  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  1.2  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Tennessee Valley Federal Credit Union P O Box 23967 Chattanooga, TN 37422 | $ 12,821.31 | $ 0.00 | $ 155.81 |
| 000002 | FIA CARD SERVICES, N.A. PO Box 15102 Wilmington, DE 19886-5102 | $ 35,538.34 | $ 0.00 | $ 431.87 |
| 000003 | SunTrust Bank Attn: Support Services P.O. Box 85092 Richmond, VA 23286 | $ 39,993.01 | $ 0.00 | $ 486.00 |
| 000004 | Sallie Mae c/o Sallie Mae Inc. 220 Lasley Ave. Wilkes-Barre, PA 18706 | $ 42,534.07 | $ 0.00 | $ 516.88 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000005 | Sallie Mae Inc, On Behalf of The Department of Education DOE P.O. Box 740351 Atlanta, GA 30374-0351 | $ 20,739.17 | $ 0.00 | $ 252.02 |
| 000006 | Memorial Hospital c/o NRS P.O. Box 8005 Cleveland, TN 37320-8005 | $ 577.80 | $ 0.00 | $ 7.02 |
| | Total to be paid to timely general unsecured creditors | | $ | 1,849.60 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Ronald R. Peterson
Trustee

*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*CHICAGO, IL 60654-3456*

UST Form 101-7-NFR (5/1/2011) *(Page: 4)*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                        United States Bankruptcy Court
                        Northern District of Illinois
In re:                                                              Case No. 11-14427-TAB
Kord A Kutchins                                                     Chapter 7
        Debtor             CERTIFICATE OF NOTICE
District/off: 0752-1          User: dramey                  Page 1 of 3                  Date Rcvd: Sep 25, 2012
                              Form ID: pdf006               Total Noticed: 41


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 27, 2012.
db           +Kord A Kutchins,    5210 N. Clark Street, #2,    Chicago, IL 60640-2102
17074783     +Cagan Property Management,    1100 Church Street,    Evanston, IL 60201-3671
17074784     +Carolyn Burns Kutchins,    116 Stephenson Avenue,    Lookout Mountain, TN 37350-1321
19164335     +Carolyn Graham Burns (fka Carolyn Burns Kutchins),    116 Stephenson Ave.,
               Lookout Mountain, TN 37350-1321
17074785     +Chip Love,   181 Oakland Avenue,    Eastchester, NY 10709-5453
17074788     +Comcast,   PO Box 3001,    Southeastern, PA 19398-3001
17074790     +Dave Veghte,    14336 Moon Flower Lane,   Tampa, FL 33626-2346
17074791     +Enterprise Rental,    PO Box 403328,   Atlanta, GA 30384-3328
17074792    ++FAIRWINDS CREDIT UNION,    3075 N ALAFAYA TRAIL,    STE 120,   ORLANDO FL 32826-3259
              (address filed with court: Fairwinds Credit Union,     2475 Sand Lake Rd,   Orlando, FL 32809)
18920371      FIA CARD SERVICES, N.A.,    PO Box 15102,   Wilmington, DE 19886-5102
17074793     +Fitness America,    2707 North Main Street,    East Peoria, IL 61611-1749
17074794     +Grant Konvalinka & Harrison PC,    900 Republic Center,    Chattanooga, TN 37450-0900
17074795     +Henson Plumbing,    PO Box 23,   Lookout Mountain, TN 37350-0023
17074796      IDAPP,   1755 Lake Cook Road,    Deerfield, IL 60015-5215
17074797     +Illinois Bone & Joint Institute,    5057 Paysphere Circle,    Chicago, IL 60674-0050
17074798     +LGM, LLC,    1625 N. Sheridan Road, Unit 4,    Wilmette, IL 60091-1800
17074799     +Liberty Mutual Insurance,    100 Liberty Way,    Attention: Remittance Department,
               Dover, NH 03820-4597
17074800     +Memorial Health Care System,    PO Box 644492,    Pittsburgh, PA 15264-4492
19139396      Memorial Hospital,    c/o NRS,   P.O. Box 8005,    Cleveland, TN 37320-8005
17074801     +Northshore Univeristy Health Sys.,    Family Practice Group,    9532 Eagle Way,
               Chicago, IL 60678-1095
17074803     +Northshore Univeristy Health System,    23056 Network Place,    Chicago, IL 60673-1230
17074802     +Northshore Univeristy Health System,    Laboratory Services,    9851 Eagle Way,
               Chicago, IL 60678-1098
17074804      Northshore University Health System,    Dept. 77-9532,    Chicago, IL 60678-9532
17074805     +Premier Sleep Diagnostic Center,    83 Crye Leike Drive,    Fort Oglethorpe, GA 30742-4055
19011899      Sallie Mae Inc, On Behalf of The,    Department of Education,    DOE,   P.O. Box 740351,
               Atlanta, GA 30374-0351
17074807     +Samuel Gill Jr., DDS,    105 Lee Parkway Drive,    Chattanooga, TN 37421-6708
17074808     +Stevens Dentistry,    1560 Sherman Avenue Suite 807,    Evanston, IL 60201-4808
19011370     +SunTrust Bank,    Attn: Support Services,    P.O. Box 85092,   Richmond, VA 23286-0001
17074809     +Suntrust Bank,    Po Box 1638,   Chattanooga, TN 37401-1638
17074810     +Suntrust Bank Credit Card,    PO Box 791250,    Baltimore, MD 21279-1250
17074811     +Suntrust Mortgage,    1001 Semmes Ave,   Richmond, VA 23224-2245
17259291     +Tennessee Valley,    Federal Credit Union,    P O Box 23967,   Chattanooga, TN 37422-3967
17074812     +Tennessee Valley FCU,    Po Box 11146,   Chattanooga, TN 37401-2146
17074813    #+Tim Kenah & Lisa Mullins,    2125 Virginai Place NE,    Atlanta, GA 30305-4326
17074814     +Van Ru Credit Corporation,    1350 E. Touhy #100E,    Des Plaines, IL 60018-3337
17074815     +William H Horton & Associates, PLLC,    735 Broad Street, Suite 1,    Chattanooga, TN 37402-1834
17074816     +Wilson Reporting Agency,    707 Georgia Avenue, STE 403,    Chattanooga, TN 37402-2064
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17074787      E-mail/Text: legalcollections@comed.com Sep 26 2012 01:57:14     Com Ed,   PO Box 6111,
               Carol Stream, IL 60197-6111
17074789     +E-mail/Text: bankruptcy_notifications@ccsusa.com Sep 26 2012 01:58:00
               Credit Collection Services,   Two Wells Avenue,    Newton Center, MA 02459-3246
17074806     +E-mail/PDF: pa_dc_claims@salliemae.com Sep 26 2012 03:26:55     Sallie Mae,   Po Box 9500,
               Wilkes Barre, PA 18773-9500
19011880     +E-mail/PDF: pa_dc_claims@salliemae.com Sep 26 2012 02:57:31     Sallie Mae,   c/o Sallie Mae Inc.,
               220 Lasley Ave.,   Wilkes-Barre, PA 18706-1496
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17074782    ##+Bank Of America,   Po Box 17054,   Wilmington, DE 19850-7054
17074786    ##+Chris Klugewicz,   611 Kyle Avenue,   Lookout Mountain, TN 37350-1127
                                                                                              TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: dramey              Page 2 of 3              Date Rcvd: Sep 25, 2012
                              Form ID: pdf006           Total Noticed: 41
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 27, 2012**                **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0752-1           User: dramey                Page 3 of 3                  Date Rcvd: Sep 25, 2012
                               Form ID: pdf006             Total Noticed: 41
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 25, 2012 at the address(es) listed below:
              Gloria C  Tsotsos    on behalf of Creditor   SunTrust Mortgage, Inc. nd-three@il.cslegal.com
              James K Kenny     on behalf of Debtor Kord Kutchins jameskenny@pouloslaw.com
              Maria  Georgopoulos     on behalf of Creditor   SunTrust Mortgage, Inc. nd-four@il.cslegal.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Ronald  Peterson    on behalf of Trustee Ronald Peterson rpeterson@jenner.com,  lraiford@jenner.com
              Ronald R Peterson    rpeterson@jenner.com,  rpeterson@ecf.epiqsystems.com;docketing@jenner.com
                                                                                             TOTAL: 6