UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                §
                                      §
                                      §
KUTCHINS, KORD A                      §    Case No. 11-14427 TAB
                                      §
                                      §
          Debtor(s)                   §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

     RONALD R. PETERSON, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

     1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

     2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

     3) Total gross receipts of $_____ (see **Exhibit 1**), minus funds paid to the debtor and third parties of $_____ (see **Exhibit 2**), yielded net receipts of $_____ from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/RONALD R. PETERSON_____
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Suntrust Bank Po Box 1638 Chattanooga, TN 37401 |  |  |  |  |  |
|  | Suntrust Mortgage 1001 Semmes Ave Richmond, VA 23224 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Suntrust Mortgage 1001 Semmes Ave Richmond, VA 23224 | | | | | |
| | Suntrust Mortgage 1001 Semmes Ave Richmond, VA 23224 | | | | | |
| | Suntrust Mortgage 1001 Semmes Ave Richmond, VA 23224 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RONALD R. PETERSON, TRUSTEE | | | | | |
| RONALD R. PETERSON | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| REVERSED BY BANK | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Carolyn Burns Kutchins 116 Stephenson Avenue Lookout Mountain, TN 37350 |  |  |  |  |  |
|  | Carolyn Burns Kutchins 116 Stephenson Avenue Lookout Mountain, TN 37350 |  |  |  |  |  |
| 000007 | CAROLYN GRAHAM BURNS (FKA CAROLYN B |  |  |  |  |  |
| TOTAL PRIORITY UNSECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Bank Of America Po Box 17054 Wilmington, DE 19850 |  |  |  |  |  |
|  | Cagan Property Management 1100 Church Street Evanston, IL 60201 |  |  |  |  |  |
|  | Chip Love 181 Oakland Avenue Eastchester, NY 10709 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Com Ed PO Box 6111 Carol Stream, IL 60197-6111 | | | | | |
| | Comcast PO Box 3001 Southeastern, PA 19398 | | | | | |
| | Credit Collection Services Two Wells Avenue Newton Center, MA 02459 | | | | | |
| | Dave Veghte 14336 Moon Flower Lane Tampa, FL 33626 | | | | | |
| | Enterprise Rental PO Box 403328 Atlanta, GA 30384 | | | | | |
| | Fairwinds Credit Union 2475 Sand Lake Rd Orlando, FL 32809 | | | | | |
| | Fitness America 2707 North Main Street East Peoria, IL 61611 | | | | | |
| | Grant Konvalinka & Harrison PC 900 Republic Center Chattanooga, TN 37450 | | | | | |
| | Henson Plumbing PO Box 23 Lookout Mountain, TN 37350 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | IDAPP 1755 Lake Cook Road Deerfield, IL 60015 | | | | | |
| | IDAPP 1755 Lake Cook Road Deerfield, IL 60015-5215 | | | | | |
| | Illinois Bone & Joint Institute 5057 Paysphere Circle Chicago, IL 60674 | | | | | |
| | LGM, LLC 1625 N. Sheridan Road, Unit 4 Wilmette, IL 60091 | | | | | |
| | Memorial Health Care System PO Box 644492 Pittsburgh, PA 15264 | | | | | |
| | Northshore Univeristy Health Sys. Family Practice Group 9532 Eagle Way Chicago, IL 60678 | | | | | |
| | Northshore Univeristy Health System Laboratory Services 9851 Eagle Way Chicago, IL 60678 | | | | | |
| | Northshore University Health System Dept. 77-9532 Chicago, IL 60678-9532 | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Premier Sleep Diagnostic Center 83 Crye Leike Drive Fort Oglethorpe, GA 30742 | | | | | |
| | Sallie Mae Po Box 9500 Wilkes Barre, PA 18773 | | | | | |
| | Sallie Mae Po Box 9500 Wilkes Barre, PA 18773 | | | | | |
| | Samuel Gill Jr., DDS 105 Lee Parkway Drive Chattanooga, TN 37421 | | | | | |
| | Stevens Dentistry 1560 Sherman Avenue Suite 807 Evanston, IL 60201 | | | | | |
| | Suntrust Bank Credit Card PO Box 791250 Baltimore, MD 21279 | | | | | |
| | Suntrust Bank Po Box 1638 Chattanooga, TN 37401 | | | | | |
| | Tennessee Valley FCU Po Box 11146 Chattanooga, TN 37401 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | William H Horton & Associates, PLLC 735 Broad Street, Suite 1 Chattanooga, TN 37402 | | | | | |
| | Wilson Reporting Agency 707 Georgia Avenue, STE 403 Chattanooga, TN 37402 | | | | | |
| 000002 | FIA CARD SERVICES, N.A. | | | | | |
| 000006 | MEMORIAL HOSPITAL | | | | | |
| 000004 | SALLIE MAE | | | | | |
| 000005 | SALLIE MAE INC, ON BEHALF OF THE | | | | | |
| 000003 | SUNTRUST BANK | | | | | |
| 000001 | TENNESSEE VALLEY | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 11-14427 | Judge: Timothy A Barnes | | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|---|---|
| Case Name: | KUTCHINS, KORD A | | | Date Filed (f) or Converted (c): | 04/05/11 (f) |
| | | | | 341(a) Meeting Date: | 05/23/11 |
| For Period Ending: | 11/13/12 | | | Claims Bar Date: | 07/17/12 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. 2125 Virginia Place Atlanta, GA 30303 | 300,000.00 | 0.00 | | 0.00 | 0.00 | 375,181.00 | 0.00 |
| 2. 611 Kyle Avenue Lookout Mountain, TN 37350 | 350,000.00 | 0.00 | | 0.00 | 0.00 | 416,244.07 | 0.00 |
| 3. Cash in debtor's possession. | 315.19 | 0.00 | | 0.00 | 0.00 | 0.00 | 315.19 |
| 4. Checking Account, First Bank and Trust of Evanston | 121.16 | 0.00 | | 0.00 | 0.00 | 0.00 | 121.16 |
| 5. Apartment Security Deposit: Cagan Management, 1100 | 740.00 | 740.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 6. Computer, speakers, scanner, printer. Location: 52 | 175.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 175.00 |
| 7. Desk, chair, filing cabinets. Location: 5210 N. Cl | 150.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 150.00 |
| 8. Couch, living chairs, living table, kitchen table, | 500.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 500.00 |
| 9. Miscellaneous school books, books and CD's. Locati | 250.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 250.00 |
| 10. Personal clothing. Location: 5210 N. Clark Street, | 1,000.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 1,000.00 |
| 11. Wedding ring received in divorce settlement. | 2,000.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 2,000.00 |
| 12. Golf clubs, guitar, helmets. Location: 5210 N. Cla | 250.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 250.00 |
| 13. Reassure America Life Insurance Company, PO Box 11 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 14. 1991 Yamaha V-max motorcycle. | 1,075.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 1,075.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 11-14427 | Judge: Timothy A Barnes |
|---|---|---|
| Case Name: | KUTCHINS, KORD A | |

| Trustee Name: | RONALD R. PETERSON |
|---|---|
| Date Filed (f) or Converted (c): | 04/05/11 (f) |
| 341(a) Meeting Date: | 05/23/11 |
| Claims Bar Date: | 07/17/12 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 15. Tax refund (u) | 0.00 | 6,326.35 | | 6,316.35 | 0.00 | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.62 | Unknown | 0.00 | 0.00 |

|   |   |   |   |   | Gross Value of Remaining Assets |   |   |
|---|---|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $656,576.35 | $7,066.35 | | $6,316.97 | $0.00 | $791,425.07 | $5,836.35 |
|   |   |   |   |   | (Total Dollar Amount in Column 6) |   |   |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:


Initial Projected Date of Final Report (TFR): 09/01/11     Current Projected Date of Final Report (TFR): 07/01/12


_____ Date: _____
RONALD R. PETERSON

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 11-14427 -TAB | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|
| Case Name: | KUTCHINS, KORD A | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******8497  Checking Account |
| Taxpayer ID No: | *******9831 | | |
| For Period Ending: | 11/13/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/09/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 6,236.33 | | 6,236.33 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 3.84 | 6,232.49 |
| 10/31/12 | 030001 | Ronald R. Peterson, Trustee<br>Jenner & Block LLP<br>353 North Clark Street<br>Chicago, Illinois 60654-3456 | Professional Fees<br>Trustee's Compensation | 2100-000 | | 1,381.70 | 4,850.79 |
| 10/31/12 | 030002 | Ronald R. Peterson<br>Jenner & Block<br>353 North Clark Street<br>Chicago, Illinois 60654-3456 | Professional Expenses | 2200-000 | | 5.03 | 4,845.76 |
| 10/31/12 | 030003 | Carolyn Graham Burns<br>116 Stephenson Ave.<br>Lookout Mountain, TN 37350 | Final distribution | 5100-000 | | 3,000.00 | 1,845.76 |
| 10/31/12 | 030004 | Tennessee Valley<br>Federal Credit Union<br>P O Box 23967<br>Chattanooga, TN 37422 | Final distribution | 7100-000 | | 155.48 | 1,690.28 |
| 10/31/12 | 030005 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Final distribution | 7100-000 | | 430.97 | 1,259.31 |
| 10/31/12 | 030006 | SunTrust Bank<br>Attn: Support Services<br>P.O. Box 85092<br>Richmond, VA 23286 | Final distribution | 7100-000 | | 484.99 | 774.32 |
| 10/31/12 | 030007 | Sallie Mae<br>c/o Sallie Mae Inc.<br>220 Lasley Ave.<br>Wilkes-Barre, PA 18706 | Final distribution | 7100-000 | | 515.81 | 258.51 |
| 10/31/12 | 030008 | Sallie Mae Inc, On Behalf of The | Final distribution | 7100-000 | | 251.50 | 7.01 |
| | | | Page Subtotals | | 6,236.33 | 6,229.32 | |

Ver: 17.00b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-14427 -TAB | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|
| Case Name: | KUTCHINS, KORD A | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******8497 Checking Account |
| Taxpayer ID No: | *******9831 | | |
| For Period Ending: | 11/13/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/31/12 | 030009 | Department of Education<br>DOE<br>P.O. Box 740351<br>Atlanta, GA 30374-0351<br>Memorial Hospital<br>c/o NRS<br>P.O. Box 8005<br>Cleveland, TN 37320-8005 | Final distribution | 7100-000 | | 7.01 | 0.00 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 3.97 | -3.97 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 6,236.33 | 6,240.30 | -3.97 |
| Less: Bank Transfers/CD's | 6,236.33 | 0.00 | |
| Subtotal | 0.00 | 6,240.30 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 6,240.30 | |

Page Subtotals     0.00     10.98

Ver: 17.00b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 11-14427 -TAB | |
| Case Name: | KUTCHINS, KORD A | |
| Taxpayer ID No: | *******9831 | |
| For Period Ending: | 11/13/12 | |

| | | |
|---|---|---|
| Trustee Name: | RONALD R. PETERSON | |
| Bank Name: | BANK OF AMERICA, N.A. | |
| Account Number / CD #: | *******9292 Money Market Account (Interest Earn | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/28/11 | 15 | Kord A. Kutchins 5210 North Clark Street Chicago, Illinois | Tax Refund | 1224-000 | 6,316.35 | | 6,316.35 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,316.40 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,316.45 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,316.50 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 8.05 | 6,308.45 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,308.50 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 7.78 | 6,300.72 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,300.77 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 7.77 | 6,293.00 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 6,293.06 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 8.25 | 6,284.81 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,284.86 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 7.47 | 6,277.39 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,277.44 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 7.72 | 6,269.72 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.05 | | 6,269.77 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 7.97 | 6,261.80 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,261.85 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 7.96 | 6,253.89 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,253.94 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 7.43 | 6,246.51 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,246.56 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 8.19 | 6,238.37 |
| 08/09/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.01 | | 6,238.38 |
| 08/09/12 | | BANK OF AMERICA, N.A. 901 MAIN STREET | BANK FEES | 2600-000 | | 2.05 | 6,236.33 |
| | | | Page Subtotals | | 6,316.97 | 80.64 | |

Ver: 17.00b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*

FORM 2

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-14427 -TAB | Trustee Name: | RONALD R. PETERSON |
| --- | --- | --- | --- |
| Case Name: | KUTCHINS, KORD A | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******9292 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******9831 | | |
| For Period Ending: | 11/13/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/09/12 | | 9TH FLOOR<br>DALLAS, TX 75283<br>Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 6,236.33 | 0.00 |

|  |  | |
| --- | --- | --- |
| COLUMN TOTALS | 6,316.97 | 6,316.97 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 6,236.33 | |
| Subtotal | 6,316.97 | 80.64 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 6,316.97 | 80.64 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| Checking Account - ********8497 | 0.00 | 6,240.30 | -3.97 |
| Money Market Account (Interest Earn - ********9292 | 6,316.97 | 80.64 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 6,316.97 | 6,320.94 | -3.97 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 6,236.33

Ver: 17.00b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 16)*